IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN PAUL SINGH, | No. 4:21-CV-00200 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| JOHN WETZEL, *et al.*, | |
| Defendants. | |

# ORDER

**FEBRUARY 23, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss, Doc. 14 is **GRANTED**;

2. The complaint, Doc. 1 is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff shall within thirty (30) days from the date of this Order file an amended complaint that addresses the deficiencies identified in the Court's Memorandum Opinion. Failure to comply will be deemed abandonment of this action, and Plaintiff's action will be dismissed and closed without further warning.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge