# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN PAUL SINGH, | No. 4:21-CV-00200 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| JOHN WETZEL, *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 25, 2022**

**AND NOW,** in accordance with the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that:

1.    The above captioned action is **DISMISSED**  for failure to prosecute;

2.    The Clerk of Court is directed to **CLOSE** this case; and

3.    Any appeal from this Order will be deemed frivolous, without probable

cause and not taken in good faith.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge